**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Carlos Antonio VERA–RAMIREZ,**
**Defendant–Appellant.**

**No. 10–10657**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 17, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

. Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Antonio Vera–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Vera–Ramirez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. Although counsel's discussion of the substantive reasonableness of the sentence is arguably insufficient, we concur with counsel's ultimate assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.